849 A.2d 565

IN THE MATTER OF MARC S. LAWRENCE,
AN ATTORNEY AT LAW.

June 4, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–397, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **MARC S. LAWRENCE** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1994, be disbarred, respondent having been disbarred in the State of New York for unethical conduct in violation of *RPC* 1.1 (neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.15(misappropriation of escrow funds), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **MARC S. LAWRENCE** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **MARC S. LAWRENCE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that respondent comply with the requirements of *Rule* 1:20–20 governing disbarred attorneys; and it is further

ORDERED that **MARC S. LAWRENCE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.